IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE MAIDS INTERNATIONAL, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>RAISING DREAMS GROUP LLC, and DERK WALLACE,<br><br>Defendants. | 8:25CV585<br><br>**ORDER TO SHOW CAUSE** |

This matter comes before the court after a review of the docket and pursuant to NECivR 41.2, which states in relevant part: "At any time, after appropriate notice, a case not being prosecuted with reasonable diligence may be dismissed for lack of prosecution." Plaintiff commenced this action on September 24, 2025. (Filing No. 1). On November 4, 2025, Plaintiff filed a summons return as to both defendant Raising Dreams Group LLC and defendant Derk Wallace, that were executed on October 14, 2025. (Filing No. 18). Wallace filed an answer on his own behalf on November 6, 2025. (Filing No. 20). However, Wallace did not answer on behalf of defendant Raising Dreams Group LLC, nor can he because legal entities cannot litigate in this court without representation by legal counsel, and pro se parties may not represent another entity in federal court. *See Knoefler v. United Bank of Bismarck*, 20 F.3d 347, 348 (8th Cir. 1994); *Rowland v. California Men's Colony*, 506 U.S. 194, 202 (1993) ("[A] corporation may appear in the federal courts only through licensed counsel."); *Joda, LLC v. Ace NC Sys., LLC*, 2014 WL 2217279, at *1 (E.D. Mo. May 29, 2014) (finding that the same to be true for LLCs).

To date, Raising Dreams Group LLC has not filed any responsive pleading or otherwise appeared in this case, and Plaintiff has taken no further action. Plaintiff has a duty to prosecute this case and may, for example, seek default in accordance with applicable rules, voluntarily dismiss this action, or take other action as appropriate. Under the circumstances, Plaintiff must make a showing of good cause for failure to prosecute, or the action against Defendant Raising Dreams Group LLC will be dismissed for lack of prosecution.

Accordingly,

IT IS ORDERED that on or before **December 11, 2025**, Plaintiff must show cause why this case should not be dismissed as to Defendant Raising Dreams Group LLC for failure to prosecute or take some other appropriate action.

Dated this 21st day of November, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge