IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE MAIDS INTERNATIONAL, LLC,<br><br>        Plaintiff,<br><br>    vs.<br><br>RAISING DREAMS GROUP, LLC, and DERK WALLACE,<br><br>        Defendant. | **8:25CV585**<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

This case is before the Court on the parties' Joint Stipulation of Dismissal without Prejudice. Filing 27. The parties jointly stipulate to dismissal of this case without prejudice, with each party to bear its own costs, expenses, and attorney fees. Filing 27 at 1. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation of Dismissal without Prejudice, Filing 27, is accepted, and this case is dismissed without prejudice, with each party to bear its own costs, expenses, and attorney fees.

The Clerk of Court shall close the case.

Dated this 8th day of May, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge

1